UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------
SALLY HADDOCK,

                                 Plaintiff(s)

                  -against-                    Civil Action No.

DOLLAR TREE STORES, INC.,

                               Defendant(s)
-------------------------------------------------------------------------------

## *NOTICE OF REMOVAL*

*AND NOW*, come defendant **DOLLAR TREE STORES, INC.**, by and through its

attorneys, **MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**, and respectfully aver as follows:

    1.    Defendant, **DOLLAR TREE STORES, INC.**, is a Foreign Business

Corporation, incorporated under the laws of the State of Virginia with its principal place of

business located in the State of Virginia.

    2.    The plaintiff has commenced a civil action against the defendants in the Supreme

Court of the State of New York, County of Bronx (Index No. 33027/2020E).  The Summons and

Complaint, being the originally served process of this case, was filed with the Bronx County

Clerk on November 3, 2020.  Attached hereto and marked as *Exhibit "A"* is a true and correct

copy of the Plaintiff's Summons and Verified Complaint.  Attached hereto and marked as

*Exhibit "B"* is a true and correct copy of Defendant's Verified Answer and Notice to Take

Deposition, which was served and filed on February 8, 2021.

    3.    It is alleged in the Complaint that plaintiff was and still is a resident of the State of

New York,  County of Bronx, and therefore is a citizen of the State of New York.

    4.    In the Complaint, the plaintiff has made a claim exceeding the jurisdictional limits

of all lower Courts and in an amount which satisfies diversity jurisdiction of the Federal Courts

pursuant to 28 USCA § 1441 and 1331.  On April 21, 2021, I spoke with Blake Goldfarb, Esq. at

Plaintiff Counsel's office to elicit a settlement demand.  Mr. Goldfarb stated that he was not in a

position to make a settlement demand at that time, however, he did confirm that his demand

would be in "excess of $500,000."  Therefore, the sum in controversy, exclusive of interest and

costs, is in excess of $75,000 Dollars.  As such, this matter became removable to Federal Court

as of April 21, 2021.

5.      Diversity of citizenship exists between the plaintiff, a New York resident, and the

defendant, **DOLLAR TREE STORES, INC.**, a Foreign Business Corporation, incorporated

under the laws of the State of Virginia with its principal place of business located in the State of

Virginia.

**WHEREFORE,** defendants respectfully request that the above-captioned matter, now

pending in the Supreme Court of the State of New York, County of Bronx, be removed therefrom

to this Honorable Court.

Dated:  New York, New York
        May 6, 2021

Yours, etc.

THOMAS G. DARMODY, ESQ. (TGD 8368)
MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS, LLP
Attorney for Defendant(s)
DOLLAR TREE STORES, INC.
39 Broadway, Suite 950
New York, NY 10006
(212) 968-8300
File # 007066.000023

TO:   Blake Goldfarb, Esq.
       BURNS & HARRIS, ESQS.
       Attorney for Plaintiff
       SALLY HADDOCK
       233 Broadway, Suite 900
       New York, NY 10279

Civil Action No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALLY HADDOCK,

Plaintiff(s)

-against-

DOLLAR TREE STORES, INC.,

Defendant(s).

NOTICE OF REMOVAL

MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP
Attorneys for
**DOLLAR TREE STORES, INC.**
39 Broadway - Suite 950
New York, New York  10006
(212) 968-8300
Our File: 007066.000023

CERTIFICATION PURSUANT TO 22 N.Y.C.R.R. §130-1.1a

THOMAS G. DARMODY, ESQ.  hereby certifies that, pursuant to 22 N.Y.C.R.R. §130-1.1a, the foregoing Notice of Removal is not frivolous nor frivolously presented.

Dated:    New York, New York                                                    THOMAS G. DARMODY, ESQ.
          May 6, 2021

PLEASE TAKE NOTICE

that the within is a true copy of a                       entered in the office of the clerk of the within named Court on          .

that a             of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at                        , on at 9:30 a.m.

MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP
Attorneys for
**DOLLAR TREE STORES, INC.**
39 Broadway - Suite 950
New York, New York  10006
**(212) 968-8300**
