UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALLY HADDOCK,
                           Plaintiff,

        -v-

DOLLAR TREE STORES, INC.,
                          Defendant.

21-CV-4115 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, Bronx County, on May 7, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than May 25, 2021.

Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by May 18, 2021.

SO ORDERED.

Dated: May 10, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge